WENDY M. WILLIAMS

24-CV-92-JB-MU

VS

AT&T

Statement: Of Introduction to The Claim

AT&T surveillance my Internet traffic and our cell phone activities for many years. They also gave other organization permission to get or retrieve my information along with others without our consent.

Which included my email and also telephone numbers. There were also listen devices of my conversations and my mother and father's conversations when they were alive.

Illegal violation of privacy and other violations was done by AT&T.

The spying technics that they used to operate this type of tactics of spying was overwhelming. There were also people involved in this

Cover up. Those names I will not disclose at the present time but we have made them out and would like for them to be prosecuted also. There attempt to sweep this under the rug is a violation of our constitutional rights. Also, individuals were using my voice. Pretending to be me. In fact, they were saying they were me. They were changing stories and conversations around saying that I said different things on the telephone. I have never drink or smoked.

Respectfully,

*[signature]*

Mrs. Wendy M. Williams

March 23, 2024

1730 [illegible] Avenue
Prichard, AL
36610

Alabama Southern District Court
~~Civil Department~~
155 St. Joseph Street
Mobile, Alabama 36602

MOBILE AL 366
26 MAR 2024 PM 2 L