IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WENDY M. WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIV. A. NO. 24-00092-JB-MU |
| AT&T, | ) ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** this action be **DISMISSED WITHOUT PREJUDICE**.

**DONE and ORDERED** this 13th day of June, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE