IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WENDY M. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. A. NO. 24-00092-JB-MU |
| | ) |
| AT&T, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED WITHOUT PREJUDICE**.

**DONE and ORDERED** this 13th day of June, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE